UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| KENNETH BURNS, )<br>)<br>Plaintiff, )<br>) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:14-CV-3866-G (BH) |
| WELLS FARGO BANK, N.A., ) | |
| ) | |
| Defendant. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are accepted as the findings and conclusions of the court.

Since plaintiff has timely filed an amended complaint as allowed by the recommendation, the motion to dismiss and brief in support, filed March 4, 2015

(docket entry 12), is **DENIED** as moot. This action will now proceed on the amended complaint.

      **SO ORDERED**.

October 28, 2015.

                                                      _____
                                                      **A. JOE FISH**
                                                      **Senior United States District Judge**